IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CV-161-RLV-DCK

| | | |
|---|---|---|
| MARIA LUISA MOJICA, ESTRADA as Administrator of the Estate of MARCELO ESTRADA-AVELLANEDA, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| CONSOLIDATED UTILITY SERVICES, INC., and PROMARK UTILITY LOCATORS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) concerning Raymond L. Thomas, Jr., filed November 22, 2010. Mr. Thomas seeks to appear as counsel *pro hac vice* for Plaintiff Maria Luisa Mojica Estrada as Administratrix of the Estate of Marcelo Estrada-Avellaneda.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Thomas is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Maria Luisa Mojica Estrada as Administratrix of the Estate of Marcelo Estrada-Avellaneda.

Signed: November 22, 2010

David C. Keesler
United States Magistrate Judge